IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| vs. | * | Case No.  2:97cr20190-Ma |
| | * | |
| **KENNETH MCMULLEN** | * | |

ORDER HOLDING DEFENDANT FOR FINAL REVOCATION HEARING

On April 22, 2005, **Kenneth McMullen** appeared before me on a charge of violation of the terms and conditions of his conditional release in this matter. The defendant had previously been advised of his rights under Fed.R.Crim.P. 5 and 32.1(a), and counsel was appointed.

At this hearing, the Court, after hearing proof, concluded that probable cause was established that the defendant had violated the terms and conditions of his conditional release.

Accordingly, defendant **Kenneth McMullen** is held to a final revocation hearing before United States District Judge **Samuel Hardy Mays, Jr.** It is presumed that the District Judge will set this matter for a revocation hearing pursuant to Fed.R.Crim.P. 32.1(b),(c), and will see that appropriate notices are given.

The defendant was remanded to the custody of the United States Marshals.

IT IS SO ORDERED this 22 of April , 2005.

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:97-CR-20190 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT