IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23  AM 6: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                             NO. 97-20190-Ma

KENNETH McMULLEN,

        Defendant.

---

ORDER RESETTING HEARING ON SUPERVISED RELEASE VIOLATION

---

Before the court is the August 17, 2005, motion to reset the hearing on defendant Kenneth McMullen's supervised release violation which was set on August 18, 2005.  For good cause shown, the motion is granted.  The hearing on supervised release violation of defendant Kenneth McMullen is **RESET** to **Wednesday, September 21, 2005, at 9:00 a.m.**

It is so ORDERED this **22nd** day of August, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on __8·26-05__

54

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 54 in case 2:97-CR-20190 was distributed by fax, mail, or direct printing on August 26, 2005 to the parties listed.

---

Dan Newsom
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT